UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CHARLES EDWARD JONES, JR.**<br>    **LA. DOC #609011**<br>**VS.** | **CIVIL ACTION NO. 3:15-cv-0456**<br><br>**SECTION P**<br><br>**JUDGE ROBERT G. JAMES** |
| **R. H. TAYLOR, M.D., ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### RULING

*Pro se* Plaintiff Charles Edward Jones, Jr., filed the instant civil rights complaint pursuant to 42 U.S.C. §1983. On April 20, 2015, the Magistrate Judge issued a Report and Recommendation [Doc. No. 5], recommending that the Court dismiss Plaintiff's Complaint for failing to state a claim upon which relief can be granted.

On April 27, 2015, the copy of the Report and Recommendation which was mailed to Plaintiff at the Catahoulaa Correctional Center was returned with the notation "Inmate not found." [Doc. No. 6].

Under Local Rule 41.3, "[t]he failure of a[] . . . pro se litigant to promptly notify the court in writing of an address change may be considered cause for dismissal for failure to prosecute when a notice is returned to the court for the reason of an incorrect address and no correction is made to the address for a period of 30 days." In this case, the copy of the Report and Recommendation was returned to the Court, on April 27, 2015, and the thirty-day period has long since expired. As of this date, Plaintiff has made no further contact with the Court.

Thus, for these reasons, the Court will dismiss Plaintiff's Complaint pursuant to Local Rule 41.3.

MONROE, LOUISIANA, this 17th day of June, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE